## HARTFORD JAI ALAI, INC., ET AL. *v.* COMMISSION ON SPECIAL REVENUE

The named plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Joseph F. Skelley, Jr.,* and *Joel J. Rottner,* in support of the petition.

*Carl R. Ajello,* attorney general, and *Edward F. Osswalt* and *Richard M. Sheridan,* assistant attorneys general, in opposition.

Submitted February 15—decided February 22, 1979

---

## TOWN OF SOUTH WINDSOR ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Richard M. Rittenband* and *Martin A. Gould,* in support of the petition.

*Mitchell W. Pearlman,* general counsel, in opposition.

Submitted February 15—decided February 22, 1979